

# Fourth Court of Appeals

## San Antonio, Texas

November 20, 2017

No. 04-17-00337-CV

Charles **SCHWARTZ**, III, D.O.,
Appellant

v.

Jake **FIPPS** and Wife, Miriam Fipps,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015-CVT-003956 D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellees' brief was originally due August 14, 2017. When the brief was not filed, we issued an order requiring appellees to file their brief in this court on or before September 1, 2017. In response, appellees' counsel filed a motion asking for an additional thirty days to file the brief, citing issues resulting from Hurricane Harvey. This motion was unopposed. We granted the motion and ordered appellees to file their brief in this court on or before October 2, 2017. On October 6, 2017, appellees' counsel filed a second motion for extension of time, again asking for thirty days and citing the hurricane as the basis. In both of these extensions, counsel asserted that he had begun working on the brief. After review, we granted this second extension and ordered that the brief be filed on or before November 1, 2017. Neither the brief nor an extension was filed on or before November 1, 2017. After a telephone call from our clerk's office, appellees' counsel replied by telephone, stating that he would be filing a third extension. On November 13, 2017, appellees' counsel filed his third motion for extension of time. Citing the hurricane and other legal work as the basis, counsel asked for an additional three weeks from the date of the motion, i.e., to December 4, 2017. The motion did not contain a certificate of conference as required by the rules, so this court contacted counsel for appellants who advised he was opposed to the motion and intended to file a response, which he did. After reviewing appellees' motion, a letter filed by appellees' former co-counsel, and the response filed by appellants, we **GRANT IN PART AND DENY IN PART** the third motion for extension of time filed by appellees. We **GRANT** appellees an extension of time to file their brief to November 27, 2017. We **DENY** appellees' request for an extension to December, 4, 2017. In sum, **we ORDER appellees to file their brief in this court on or before November 27, 2017. Appellees are advised that no further extensions of time to file**

**appellees' brief will be granted. If appellees' brief is not filed on or before November 27, 2017, this court will set this matter at issue and order it submitted without an appellees' brief.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court